# Order

**Supreme Court**
**Lansing, Michigan**

September 28, 2005

127949

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

LOUIS EDWARD LAWS,
        Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 127949
COA: 245454
Oakland CC: 1999-166148-FH

On order of the Court, the application for leave to appeal the December 14, 2004 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, CORBIN R. DAVIS, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2005

_____
Clerk

s0919